# IN THE SUPREME COURT OF THE STATE OF NEVADA

AARON LEE TURPENING,
                Appellant,
vs.
THE STATE OF NEVADA,
                Respondent.

No. 71135

**FILED**

NOV 23 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a motion to produce transcripts. Eighth Judicial District Court, Clark County; William D. Kephart, Judge.

Because no statute or court rule permits an appeal from such an order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

cc:   Hon. William D. Kephart, District Judge
      Aaron Lee Turpening
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

16-36540